IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATTY ADA HUNTER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:11-cv-2649-O |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | § § § § | |
| Defendant. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's Motion for Summary Judgment is **GRANTED**, and the Commissioner's Motion for Summary Judgment is **DENIED**. This case is **REVERSED** and **REMANDED** to the Commissioner for reconsideration, rehearing, and reassignment to an ALJ who has not previously considered the case, with instructions to begin at Step 2 of the sequential evaluation process.

**SO ORDERED** on this **4th day** of **October, 2012.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE